IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHOUNTELLE HUDSON, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00259-TES |
| | * |
| MACON BIBB PLANNING & ZONING COMMISSION, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 3, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 7th day of July, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk